JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBE BOBBY PAPOULIAS and ANDRONIKI PAPOULIAS,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 8:22-cv-01094-CJC-KES<br><br>District Judge: Hon. Cormac J. Carney<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LAMBE BOBBY PAPOULIAS and ANDRONIKI PAPOULIAS ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 7, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $159,597.63 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: September 27, 2023

Hon. Cormac J. Carney
District Court Judge

cc: FISCAL